IRENE R. KNAUER, Respondent, v. JACOB KNAUER, Individually, and as Administrator, etc., of ELIZABETH KNAUER, Deceased, Appellant.— Appeal from a judgment of the Supreme Court, entered in Rensselaer county clerk's office April 5, 1938, upon the verdict of the jury in favor of the plaintiff against the defendant individually for $1,150 damages and costs. The action is for nursing services rendered to the defendant's mother, at his request; and the evidence amply sustains the verdict. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE C. REARDON and BERTHA W. REARDON, Property Assessed in the Names of GEORGE C. REARDON and BERTHA W. REARDON, Relators, Respondents, v. JOHN W. BYRNE, as Commissioner of Assessment and Taxation of the City of Troy and Others, Appellants. — Appeal from an " Order and Judgment," granted at a Special Term of the Supreme Court and entered in Rensselaer county clerk's office reducing the assessment on property of relators for the year 1938. The property was assessed for the year in question, land, $3,300; buildings, $5,700; full value, $9,000. The judgment declares the assessment erroneous by reason of overvaluation to the extent of $1,300. By the decision on which the judgment was entered it was found that irrespective of the property in question the assessed valuation of real estate generally, upon the assessment roll for the year 1938 is at the rate of seventy-eight per cent of the actual or market value. Upon this basis the judgment directed that the assessment of relators' property should be $6,006. There is sufficient evidence to support the judgment. Judgment and order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

KATE SAVAGE, Respondent, v. ERNEST MITCHELL, Appellant.— Appeal by the defendant from a judgment of the County Court of St. Lawrence county, entered June 23, 1938, on the verdict of a jury, and from an order denying a motion for a new trial. This action was brought to recover money had and received pursuant to an oral agreement between the plaintiff and defendant for the purchase from him of a half acre of land and the small house thereon for the sum of $300, and providing that the defendant would deliver a warranty deed thereof when the purchase price was paid in full. The plaintiff alleges that she paid the defendant the full amount, except twenty dollars, which she tendered to the defendant and which he refused; and that the defendant further refused to give the deed. The defendant by his answer admitted the jurisdiction of the parties, and entered a general denial of the other material allegations of the complaint. The case was submitted to the jury under the charge of the court to which no exception was taken. Three witnesses testified at the instance of the plaintiff, and four for the defendant, and a sharp issue of fact was presented by the evidence. The jury rendered a general verdict of $397.61 in favor of the plaintiff. The appellant urges a reversal on the grounds that the County Court did not have jurisdiction of the subject-matter of the action, that the verdict was against the weight of the evidence, and that the trial court improperly excluded evidence offered by the defendant. Each of these points was examined and considered, and we conclude that none of them may be sustained. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.